## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RYAN PATRICK KROBATH** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MONTGOMERY COUNTY** | : | **NO. 12-4393** |
| **CORRECTIONAL FACILITY and** | : | |
| **PRIME CARE MEDICAL, INC.** | : | |

### O R D E R

**AND NOW**, this 1st day of October, 2012, upon consideration of plaintiff's pro se Amended Complaint, **IT IS ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the attached Memorandum.

2. This case shall be **CLOSED**.

BY THE COURT:

/s/ Jan E. DuBois
**JAN E. DUBOIS, J.**